UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|--------|---|---|
| TAIYM, NADER | § | Case No.  15-20237 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/10/2015. The undersigned trustee was appointed on 06/10/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 128,793.43 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 12,189.54 |
| Bank Service Fees | | 960.93 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 115,642.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/09/2015 and the deadline for filing governmental claims was 11/09/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $9,689.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $9,689.67, for a total compensation of $9,689.67[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.


Date :  ___10/29/2018_____          By :  ___/s/ Andrew J. Maxwell_____
                                                        Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:  15-20237** | **Trustee Name:  Andrew J. Maxwell** |
| **Case Name:  TAIYM, NADER** | **Date Filed (f) or Converted (c):  06/10/2015 (f)** |
| **Judge:  Jacqueline P. Cox** | **341(a) Meeting Date:  07/15/2015** |
| | **Claims Bar Date:  11/09/2015** |
| **For Period Ending:  10/29/2018** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Location: 10451 Forest Lane, Chicago Ridge IL 6041 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. | 8125 S. Halsted Chicago, Illinois | 130,000.00 | 100,000.00 | | 0.00 | FA |
| 3. | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. | Financial Accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. | Stock | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 8. | Vehicles - 2004 Elantra | 800.00 | 800.00 | | 0.00 | FA |
| 9. | rents, issues, and profits from 8125 Halsted RE (u) | 0.00 | 50,693.43 | | 50,693.43 | FA |
| 10. | potential avoidance actions (u) | 0.00 | 1.00 | | 0.00 | FA |
| 11. | adversary cx v. Natour to avoid RE master (u) | 0.00 | 70,000.00 | | 70,000.00 | FA |
| 12. | 2011 Jeep (u) | 18,600.00 | 6,000.00 | | 6,000.00 | FA |
| 13. | 2010 Ford E250 Cargo van (u) | 12,075.00 | 11,175.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 414,775.00 | 240,769.43 | | 128,793.43 | 0.00 |

Re Prop. #2  this may be multiple parcels (SUBJECT TO ALLEGED MASTER LEASE TO R. NATOUR) (rents listed in separate category)(the value is being reflected in item 11)
Re Prop. #3  cash
Re Prop. #4  Byline checking account
Re Prop. #5  miscellaneous
Re Prop. #6  miscellaneous
Re Prop. #7  8103 S. Halsted, Inc. 100% owner Business discontinued. sold per court order
Re Prop. #8  2004 Hyundai Elantra

**Exhibit A**

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **15-20237**

Case Name: **TAIYM, NADER**

Judge: **Jacqueline P. Cox**

Trustee Name: **Andrew J. Maxwell**

Date Filed (f) or Converted (c): **06/10/2015 (f)**

341(a) Meeting Date: **07/15/2015**

For Period Ending: **10/29/2018**

Claims Bar Date: **11/09/2015**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #9   cell tower and master lease rental payments - estimated based on length of master lease if it is performed (2 years)

Re Prop. #10   avoidance actions - none filed

Re Prop. #11   lawsuit to avoid master lease on 8125 Halsted RE (litigation that if successful would result in category 2 being more valuable)(the value is based on a settlement reached in summer 2017 and approved in fall 2017)

Re Prop. #12   added by amended Schedule B

Re Prop. #13   Cargo van has no engine; Heath reported not saleable


Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-estimated TFR date changed because unsure of income tax implications until initial return is received from accountant - she is employed and working on the return

- prior to the settlement payment, Trustee filed a revocation of discharge adversary complaint against Debtor based on failure ot turn over 541 property (November 2017).  After all funds were paid, it did not appear economically justified to pursue the revocation of discharge.  Trustee sent all parties notice of a motion to dismiss the adversary
no party objected or was willing to prosecute the adversary and the Court granted the motion.

-Trustee is waiting on preparation of income tax return(s) and then should be ready to prepare TFR.  The legal fees in this case are very substantial so notwithstanding a very good recovery the distribution will be negatively impacted.

both item 11 and 9 (Natour adversary and RE related) settlement completed October 2017, waiting for rental accounting. Item 9 seeking rental accounting October 2017.  Court approved settlement and Natour paid amounts due in January 2018.

filed additional turn over motion for Jeep and title, granted

Jeep delivered to auctioneer

undisclosed lien on title has prevented sale

motion for contempt filed and pending

filed motion to settle with D re Jeep - court approved and D paid the funds.

adversary proceeding against Natour is moving forward with representation by additional counsel (item 11 settled

see above)

coordinated with UST to examine Debtor regarding financial transactions

continuing to pursue turnover of estate assets 4-16

corp stock sold per o/c early 2016

significant RE value (land trust), disputed lien claim and "master lease"

adversary filed against Natour to avoid "master lease" of RE.  D

s attorney is defending it. Pending

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 15-20237 | **Judge:** Jacqueline P. Cox | **Trustee Name:** Andrew J. Maxwell |
| **Case Name:** TAIYM, NADER | | **Date Filed (f) or Converted (c):** 06/10/2015 (f) |
| | | **341(a) Meeting Date:** 07/15/2015 |
| **For Period Ending:** 10/29/2018 | | **Claims Bar Date:** 11/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

UST REVIEW ENCOURAGED
ASSET NOTICE FILED 8/7/15
MOTION TO COMPEL DEBTOR TO TURN OVER 8/14/15, OK PURSUING    DOCUMENTS AND INFORMATION
727 DEADLINE FILED 9/9/2015, EXTENDED
RECEIVED FUNDS FROM VERTICAL BRIDGE 9/21/2015, BUT LEASE HAS BEEN TERMINATED
DEBTOR SOUGHT TO CONVERT TO CH 13 HAS NOW WITHDRAWN THE MOTION
TRUSTEE INVESTIGATING SALE OF RE AND AVOIDANCE OF LEASE

**Initial Projected Date of Final Report(TFR) :** 12/31/2016        **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**    /s/Andrew J. Maxwell        **Date:** 10/29/2018
Andrew J. Maxwell
3010 N. California Avenue
Chicago, IL 60618
Phone : (312) 368-1138

**Exhibit A**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **15-20237** | Trustee Name: **Andrew J. Maxwell** |
| Case Name: **TAIYM, NADER** | Bank Name: **Associated Bank** |
| | Account Number/CD#: ********2789 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*2619** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **10/29/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/21/2015 | [9] | VERTICAL BRIDGE REIT, LLC<br>750 PARK OF COMMERCE DR. STE 200<br>BOCA RATON , FL 33487 | CELL PHONE TOWER RENTS | 1222-000 | 5,630.81 | | 5,630.81 |
| 09/21/2015 | 10001 | COOK COUNTY RECOREDER OF DEEDS<br>118 N CLARK ST<br>CHICAGO , IL 60602 | NOTICE OF CLAIM OF TRUSTEE<br>8125 S HALSTED;PIN 20-33-116-009-0000 | 2420-000 | | 52.00 | 5,578.81 |
| 10/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,568.81 |
| 11/06/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,558.81 |
| 11/23/2015 | [9] | NADER F TAIYM | RENT FOR COMMERCIA LBLG | 1222-000 | 1,600.00 | | 7,158.81 |
| *11/23/2015 | 10002 | NADER F TAIYM | RENT FOR COMMERCIAL BLG | 1222-000 | (1,600.00) | | 5,558.81 |
| *11/23/2015 | | Reverses Check # 10002 | RENT FOR COMMERCIAL BLG<br>ERROR- | 1222-000 | 1,600.00 | | 7,158.81 |
| 12/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,148.81 |
| 12/28/2015 | 10003 | CHASE VISA | AUTO OWNERS INSURANCE- RE ins premi<br>Visa last 4 #s 0353;CO 517-323-1200 MI on  12/8/15 | 2420-000 | | 3,673.50 | 3,475.31 |
| | | | Page Subtotals | | 7,230.81 | 3,755.50 | |

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **15-20237** | |
| Case Name: **TAIYM, NADER** | |
| | |
| Taxpayer ID No: **\*\*-\*\*\*2619** | |
| For Period Ending: **10/29/2018** | |

| | |
|---|---|
| Trustee Name: **Andrew J. Maxwell** |
| Bank Name: **Associated Bank** |
| Account Number/CD#: **\*\*\*\*\*\*2789 Checking Account** |
| Blanket bond (per case limit): **5,000,000.00** |
| Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *01/05/2016 | [7] | NADER TAIYM | sale of corp stock per o/c | 1129-000 | 2,000.00 | | 5,475.31 |
| 01/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.63 | 5,464.68 |
| *01/15/2016 | [7] | NSF CHECK- 1-11-2016 | NSF BOUNCED CHECK | 1129-000 | (2,000.00) | | 3,464.68 |
| 01/18/2016 | 10004 | CHASE VISA | AUTO OWNERS INSURANCE Visa last 4 #s 0353;ACCOUNT 014705440 | 2420-000 | | 2,868.50 | 596.18 |
| 02/02/2016 | [7] | DAVID P. LLOYD 615B S LAGRANGE RD LA GRANGE , IL 60525 | sale of corp stock per o/c | 1129-000 | 2,100.00 | | 2,696.18 |
| 02/05/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,686.18 |
| 02/12/2016 | | Bank fee | bank fee | 2600-000 | | 12.00 | 2,674.18 |
| 03/04/2016 | [9] | DAVID P LLOYD 615B LAGRANGE ROAD LA GRANGE , IL 60525 | HALSTED RENT | 1222-000 | 2,000.00 | | 4,674.18 |
| 03/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,664.18 |
| | | | Page Subtotals | | 4,100.00 | 2,911.13 | |

**Exhibit B**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-20237 | | Trustee Name: | Andrew J. Maxwell |
|---|---|---|---|---|
| Case Name: | TAIYM, NADER | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******2789 Checking Account |
| Taxpayer ID No: | **-***2619 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/29/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,654.18 |
| 04/12/2016 | 10005 | ARTHUR B. LEVINE COMPANY 370 LEXINGTON AVE SUITE 1101 NEW YORK , NY 10017 | Bond Blanquet Bond # 10BSBGR6291 | 2300-000 | | 2.14 | 4,652.04 |
| 05/04/2016 | [9] | NADER TAIYM | HALSTED RENT TO 4.16 | 1222-000 | 6,400.00 | | 11,052.04 |
| 05/06/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,042.04 |
| *06/07/2016 | [9] | NADER TAIYM | RENT PAYMENT | 1222-000 | 1,000.00 | | 12,042.04 |
| 06/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.49 | 12,026.55 |
| *06/15/2016 | | NSF- Bounced check | NSF- BOUNCED CHECK | 1122-000 | (1,000.00) | | 11,026.55 |
| 07/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 11,010.40 |
| 07/12/2016 | [9] | NADER TAIYM | HALSTED RENT | 1222-000 | 1,000.00 | | 12,010.40 |
| *07/15/2016 | | NADER TAIYM | RENT FOR HALSTED | 1222-000 | 2,100.00 | | 14,110.40 |
| | | | Page Subtotals | | 9,500.00 | 53.78 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-20237 | Trustee Name: | Andrew J. Maxwell |
| Case Name: | TAIYM, NADER | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******2789 Checking Account |
| Taxpayer ID No: | **-***2619 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/29/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/15/2016 | [9] | NADER TAIYM | HALSTED RENT | 1222-000 | 2,400.00 | | 16,510.40 |
| *07/15/2016 | | Reverses Deposit # 9 | RENT FOR HALSTED incorrect amount | 1222-000 | (2,100.00) | | 14,410.40 |
| 07/22/2016 | | bank service fee for NSF | Ban fee for NSF | 2600-000 | | 12.00 | 14,398.40 |
| 08/05/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.28 | 14,379.12 |
| *08/22/2016 | [7] | Reverses Adjustment OUT on 01/15/16 | NSF BOUNCED CHECK | 1129-000 | 2,000.00 | | 16,379.12 |
| *08/22/2016 | [7] | Reverses Deposit # 3 | sale of corp stock per o/c | 1129-000 | (2,000.00) | | 14,379.12 |
| *08/22/2016 | | Reverses Adjustment OUT on 06/15/16 | NSF- BOUNCED CHECK Corrected the NSF transaction according to UST TIR finding | 1122-000 | 1,000.00 | | 15,379.12 |
| *08/22/2016 | [9] | Reverses Deposit # 7 | RENT PAYMENT | 1222-000 | (1,000.00) | | 14,379.12 |
| 09/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.38 | 14,357.74 |
| 10/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.66 | 14,337.08 |
| | | | Page Subtotals | | 300.00 | 73.32 | |

UST Form 101-7-TFR (5/1/2011) (Page 9)

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | 15-20237 | | | **Trustee Name:** | Andrew J. Maxwell | |
| **Case Name:** | TAIYM, NADER | | | **Bank Name:** | Associated Bank | |
| | | | | **Account Number/CD#:** | ******2789 Checking Account | |
| **Taxpayer ID No:** | **-***2619 | | | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 10/29/2018 | | | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.32 | 14,315.76 |
| 11/16/2016 | [9] | DAVID LLOYD 615B S LA GRANGE RD LAGRANGE , IL 60525 | HALSTED RENT | 1222-000 | 800.00 | | 15,115.76 |
| 12/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.17 | 15,094.59 |
| 12/21/2016 | 10006 | CAPITAL ONE BANK | FOR 11/16 AUTO OWNERS INSURANCE 6 Months insurance on RE on S Halsted;ACCOUNT 014705440 | 2420-000 | | 2,436.96 | 12,657.63 |
| 01/09/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.44 | 12,635.19 |
| 02/01/2017 | [9] | RAMSEY FATHI NATOUR | HALSTED RENT | 1222-000 | 10,778.96 | | 23,414.15 |
| 02/01/2017 | [9] | RAMSEY FATHI NATOUR | HALSTED RENT | 1222-000 | 800.00 | | 24,214.15 |
| 02/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.84 | 24,194.31 |
| 02/14/2017 | [9] | DAVID LLOYD 615B S LA GRANGE RD LAGRANGE , IL 60525 | HALSTED RENT | 1222-000 | 500.00 | | 24,694.31 |
| | | | Page Subtotals | | 12,878.96 | 2,521.73 | |

UST Form 101-7-TFR (5/1/2011) (Page 10)

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-20237 | Trustee Name: | Andrew J. Maxwell |
| Case Name: | TAIYM, NADER | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******2789 Checking Account |
| Taxpayer ID No: | **-***2619 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/29/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.85 | 24,661.46 |
| 03/14/2017 | 10007 | INTERNATIONAL SURETIES, LTD 701 POYDRAS ST. SUITE 420 NEW ORLEANS , LA 70139 | BOND PAYMENTS BOND # 016073584 | 2300-000 | | 5.18 | 24,656.28 |
| 04/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.66 | 24,619.62 |
| 05/05/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.42 | 24,584.20 |
| 05/17/2017 | 10008 | DISCOVER CARD | AUTO OWNERS INSURANCE DISCOVER last 4 #s 5440;CO 517-323-1200 MI on 4/26/17 | 2420-000 | | 2,422.04 | 22,162.16 |
| 06/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.55 | 22,125.61 |
| 06/13/2017 | [12] | NADER TAIYM | 2011 JEEP | 1229-000 | 6,000.00 | | 28,125.61 |
| 07/10/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.29 | 28,087.32 |
| 08/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.76 | 28,045.56 |
| | | | Page Subtotals | | 6,000.00 | 2,648.75 | |

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | 15-20237 | | | **Trustee Name:** | Andrew J. Maxwell | |
| **Case Name:** | TAIYM, NADER | | | **Bank Name:** | Associated Bank | |
| | | | | **Account Number/CD#:** | ******2789 Checking Account | |
| **Taxpayer ID No:** | **-***2619 | | | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 10/29/2018 | | | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.70 | 28,003.86 |
| 10/06/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.29 | 27,963.57 |
| 10/20/2017 | [11] | RAMSEY FATHI NATOUR BOA CASHIER CHECK | 8125 HALSTED RE | 1249-000 | 50,000.00 | | 77,963.57 |
| 10/20/2017 | [11] | DAVID LLOYD 615B S LA GRANGE RD LAGRANGE , IL 60525 | SETTLEMENT PAYMENT | 1249-000 | 20,000.00 | | 97,963.57 |
| 11/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.85 | 97,881.72 |
| 12/07/2017 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 140.81 | 97,740.91 |
| 12/12/2017 | [9] | NADER TAIYM | CELL TOWER RENT | 1222-000 | 7,382.66 | | 105,123.57 |
| 01/08/2018 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 152.39 | 104,971.18 |
| 02/06/2018 | [9] | DAVID P. LLOYD 615 B S LAGRANGE RD LA GRANGE , IL 60525 | rent and insurance | 1222-000 | 11,401.00 | | 116,372.18 |
| | | | Page Subtotals | | 88,783.66 | 457.04 | |

UST Form 101-7-TFR (5/1/2011) (Page 12)                                          **Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **15-20237** | Trustee Name: | **Andrew J. Maxwell** |
|---|---|---|---|
| Case Name: | **TAIYM, NADER** | Bank Name: | **Associated Bank** |
| | | Account Number/CD#: | ********2789 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*2619** | Blanket bond (per case limit): | **5,000,000.00** |
| For Period Ending: | **10/29/2018** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/13/2018 | 10009 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS , LA 70139 | BOND PAYMENTS BOND # 016073584;TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 35.22 | 116,336.96 |
| 05/18/2018 | 10010 | ILLINOIS DEPARTMENT OF REVENUE P.O.BOX 19053 SPRINGFIELD , IL 62794-9053 | FEIN # 47-7242619 2016 IL-1041-V | 2810-000 | | 301.00 | 116,035.96 |
| 05/18/2018 | 10011 | ILLINOIS DEPARTMENT OF REVENUE P.O.BOX 19053 SPRINGFIELD , IL 62794-9053 | FEIN # 47-7242619 2017 IL-1041-V | 3210-000 | | 393.00 | 115,642.96 |
| 09/28/2018 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 115,642.96 | 0.00 |

| | | | Page Subtotals | | 0.00 | 116,372.18 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 128,793.43 | 128,793.43 |
| Less:Bank Transfer/CD's | 0.00 | 115,642.96 |
| **SUBTOTALS** | 128,793.43 | 13,150.47 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 128,793.43 | 13,150.47 |

**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **15-20237** | | | | | |
| Case Name: | **TAIYM, NADER** | | | | | |
| | | | | | | |
| Taxpayer ID No: | **\*\*-\*\*\*2619** | | | | | |
| For Period Ending: | **10/29/2018** | | | | | |

| | | |
|---|---|---|
| Trustee Name: | **Andrew J. Maxwell** | |
| Bank Name: | **Texas Capital Bank** | |
| Account Number/CD#: | **\*\*\*\*\*\*4252 Checking Account** | |
| Blanket bond (per case limit): | **5,000,000.00** | |
| Separate bond (if applicable): | **0.00** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/28/2018 | | Transfer from Associated Bank | Transfer from Associated Bank | 9999-000 | 115,642.96 | | 115,642.96 |
| | | | | Page Subtotals | 115,642.96 | 0.00 | |

| | | | |
|---|---|---|---|
| | **COLUMN TOTALS** | 115,642.96 | 0.00 |
| | Less:Bank Transfer/CD's | 115,642.96 | 0.00 |
| | **SUBTOTALS** | 0.00 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 0.00 | 0.00 |

| | |
|---|---|
| All Accounts Gross Receipts: | 128,793.43 |
| All Accounts Gross Disbursements: | 13,150.47 |
| All Accounts Net: | 115,642.96 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| \*\*\*\*\*\*2789 Checking Account | 128,793.43 | 13,150.47 | |
| \*\*\*\*\*\*4252 Checking Account | 0.00 | 0.00 | |
| **Net Totals** | 128,793.43 | 13,150.47 | 115,642.96 |

UST Form 101-7-TFR (5/1/2011) (Page 14)

**Exhibit B**

Case: 15-20237
TAIYM, NADER

CLAIMS REGISTER

Andrew J. Maxwell Trustee
Dated: Oct 29, 2018
EXHIBIT C Page 1

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Andrew J. Maxwell 4240 N. Greenview Avenue Chicago, IL 60613 | 2100-000 ADMIN | Valid To Pay | 9,689.67 | 9,689.67 | 0.00 | 9,689.67 | 0.00 |
| | CLERK OF THE US BANKRUPTCY COURT | 2700-000 ADMIN | Valid To Pay | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| | American Auction Associates, Inc. 460 Irmen Drive Addison, IL 60148 | 2500-000 ADMIN | Valid To Pay | 250.00 | 250.00 | 0.00 | 250.00 | 0.00 |
| | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO , IL 60602 | 3110-000 ADMIN | Valid To Pay | 44,851.51 | 44,390.00 | 0.00 | 44,390.00 | 0.00 |
| | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO , IL 60602 | 3220-000 ADMIN | Valid To Pay | 44,851.51 | 461.51 | 0.00 | 461.51 | 0.00 |
| | LOIS WEST and KUTCHINS, ROBBINS & DIAMOND LTD 35 EAST WACKER DRIVE SUITE 690 CHICAGO , IL 60601 | 3410-000 ADMIN | Valid To Pay | 2,623.50 | 2,623.50 | 0.00 | 2,623.50 | 0.00 |
| BOND | ARTHUR B. LEVINE COMPANY 370 LEXINGTON AVE SUITE 1101 NEW YORK , NY 10017 | 2300-000 ADMIN | Valid To Pay | 2.14 | 2.14 | 2.14 | 0.00 | 0.00 |
| BOND | INTERNATIONAL SURITIES | 2300-000 ADMIN | Valid To Pay | 80.80 | 80.80 | 40.40 | 40.40 | 0.00 |

Case: 15-20237
TAIYM, NADER

CLAIMS REGISTER

Andrew J. Maxwell Trustee
Dated: Oct 29, 2018
EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| e | FACTOR LAW ARIANE HOLTSCHLAG 105 W MADISON SUITE 1500 CHICAGO , IL 60602 | 3220-000 ADMIN | Valid To Pay | 18,555.61 | 293.11 | 0.00 | 293.11 | 0.00 |
| f | FACTOR LAW ARIANE HOLTSCHLAG 105 W MADISON SUITE 1500 CHICAGO , IL 60602 | 3210-000 ADMIN | Valid To Pay | 18,555.61 | 18,262.50 | 0.00 | 18,262.50 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **139,810.35** | **76,403.23** | **42.54** | **76,360.69** | **0.00** |

Case: 15-20237
TAIYM, NADER

Andrew J. Maxwell Trustee
Dated: Oct 29, 2018
EXHIBIT C Page 3

CLAIMS REGISTER

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 000002 A | IRS<br>PO Box 21126<br>Philadelphia , PA 19114 | 4300-000 PRIORITY | Valid To Pay | 228,025.22 | 228,025.22 | 0.00 | 39,282.27 | 188,742.95 |
| 000004 A | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago , ILLINOIS 60664-0338 | 5800-000 PRIORITY | Valid To Pay | 102,537.48 | 102,537.48 | 0.00 | 0.00 | 102,537.48 |
| 000005 A | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago , ILLINOIS 60664-0338 | 5800-000 PRIORITY | Valid To Pay | 14,915.92 | 14,915.92 | 0.00 | 0.00 | 14,915.92 |
| **PRIORITY TOTAL** | | | | **345,478.62** | **345,478.62** | **0.00** | **39,282.27** | **306,196.35** |

Case: 15-20237
TAIYM, NADER

Andrew J. Maxwell Trustee
Dated: Oct 29, 2018
EXHIBIT C Page 4

CLAIMS REGISTER

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | JORDAN FAKHOURI c/o Joseph Younes 166 W. Washington St., Suite 600 Chicago , IL 60602 | 7100-000 UNSEC | Valid To Pay | 268,367.00 | 268,367.00 | 0.00 | 0.00 | 268,367.00 |
| 000002 B | INTERNAL REVENUE SERVICE | 7100-000 UNSEC | Valid To Pay | 53,739.64 | 53,739.64 | 0.00 | 0.00 | 53,739.64 |
| 3 | POMPS TIRE SERVICE INC PO Box 1630 Green Bay , WI 54305 | 7100-000 UNSEC | Valid To Pay | 115.00 | 115.00 | 0.00 | 0.00 | 115.00 |
| 000004 B | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago , ILLINOIS 60664-0338 | 7100-000 UNSEC | Valid To Pay | 16,380.54 | 16,380.54 | 0.00 | 0.00 | 16,380.54 |
| 000005 B | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago , ILLINOIS 60664-0338 | 7100-000 UNSEC | Valid To Pay | 2,800.50 | 2,800.50 | 0.00 | 0.00 | 2,800.50 |
| 6 | ILLINOIS BELL TELEPHONE COMPANY % AT&T Services, Inc Karen Cavagnaro, Paralegal One AT&T Way, Room 3A104 Bedminster , NJ 07921 | 7100-000 UNSEC | Valid To Pay | 993.02 | 993.02 | 0.00 | 0.00 | 993.02 |
| 7 | NICOR GAS po box 549 Aurora , IL 60507 | 7100-000 UNSEC | Valid To Pay | 576.29 | 576.29 | 0.00 | 0.00 | 576.29 |

Case: 15-20237
TAIYM, NADER

CLAIMS REGISTER

Andrew J. Maxwell Trustee
Dated: Oct 29, 2018
EXHIBIT C Page 5

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 8 | TALAN & KTSANES<br>223 W JACKSON - SUITE 512<br>CHICAGO , IL 60606 | 7100-000<br>UNSEC | Valid To Pay | 3,413.00 | 3,413.00 | 0.00 | 0.00 | 3,413.00 |
| **UNSECURED TOTAL** | | | | **346,384.99** | **346,384.99** | **0.00** | **0.00** | **346,384.99** |
| **REPORT TOTALS** | | | | **831,673.96** | **768,266.84** | **42.54** | **115,642.96** | **652,581.34** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   15-20237

Case Name:   TAIYM, NADER

Trustee Name:   Andrew J. Maxwell

Balance on Hand                                                    $115,642.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | IRS | $   228,025.22 | $   228,025.22 | $   0.00 | $   39,282.27 |

Total to be paid to secured creditors                       $   39,282.27

Remaining Balance                                           $   76,360.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Andrew J. Maxwell | $   9,689.67 | $   0.00 | $   9,689.67 |
| Attorney for Trustee, Fees: MAXWELL LAW GROUP, LLC | $   44,390.00 | $   0.00 | $   44,390.00 |
| Attorney for Trustee, Expenses: FACTOR LAW | $   293.11 | $   0.00 | $   293.11 |
| Accountant for Trustee, Fees: LOIS WEST and KUTCHINS, | $   2,623.50 | $   0.00 | $   2,623.50 |
| Charges: U.S. Bankruptcy Court | $   350.00 | $   0.00 | $   350.00 |
| Other: FACTOR LAW | $   18,262.50 | $   0.00 | $   18,262.50 |
| Other: MAXWELL LAW GROUP, LLC | $   461.51 | $   0.00 | $   461.51 |
| Other: ARTHUR B. LEVINE COMPANY | $   2.14 | $   2.14 | $   0.00 |
| Other: INTERNATIONAL SURITIES | $   80.80 | $   40.40 | $   40.40 |
| Other: American Auction Associates, Inc. | $   250.00 | $   0.00 | $   250.00 |

Total to be paid for chapter 7 administrative expenses       $   76,360.69

Remaining Balance                                            $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $117,453.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | $ 102,537.48 | $ 0.00 | $ 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | $ 14,915.92 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $346,384.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JORDAN FAKHOURI | $ 268,367.00 | $ 0.00 | $ 0.00 |
| 000002B | INTERNAL REVENUE SERVICE | $ 53,739.64 | $ 0.00 | $ 0.00 |
| 3 | POMPS TIRE SERVICE INC | $ 115.00 | $ 0.00 | $ 0.00 |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | $ 16,380.54 | $ 0.00 | $ 0.00 |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | $ 2,800.50 | $ 0.00 | $ 0.00 |
| 6 | ILLINOIS BELL TELEPHONE COMPANY | $ 993.02 | $ 0.00 | $ 0.00 |
| 7 | NICOR GAS | $ 576.29 | $ 0.00 | $ 0.00 |
| 8 | TALAN & KTSANES | $ 3,413.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be

0.0 %, plus interest (if applicable).

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE