IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                )
                      )
NADER TAIYM,          )   No. 15-20237
                      )   Hon. Jacqueline P. Cox
                      )   Chapter 7
       Debtor(s).     )

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to those persons on the attached service list, includingthe United States Trustee, Debtor's attorney, and any others having registered pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on the persons not registered by depositing same in the United States Mail, postage prepaid, on or before April 11, 2019.

By:  /s/ Andrew J. Maxwell

Andrew J. Maxwell (ARDC #1799150)
Maxwell Law Group, LLC
3010 N. California Ave.
Chicago, IL 60618
312/368-1138

**NFR SERVICE LIST**

Jordan Fakhouri
c/o Joseph Younes
166 W. Washington St., Suite 600
Chicago, IL 60602

IRS
PO Box 21126
Philadelphia, PA 19114

POMPS Tire Service Inc
PO Box 1630
Green Bay, WI 54305

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Illinois Bell Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Nicor Gas
PO Box 549
Aurora IL 60507

TALAN & KTSANES
223 W JACKSON - SUITE 512
CHICAGO IL 60606

David P Lloyd
615B S. LaGrange Rd.
LaGrange, IL 60525

United States Trustee
219 S. Dearborn Street, Room 800
Chicago, IL 60604

Lois West
Kutchins, Robbins & Diamond, Ltd.
35 E. Wacker Drive, Suite 690
Chicago, IL 60601

Ariane Holtschlag
Factorlaw
105 W. Madison, Suite 1500
Chicago, IL 60602